**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 6 2019

**IN THE UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**JACQUELINE SKORCZ**                                    **PLAINTIFF**

**V.**                          CASE NO.: 5:19-cv-285-DPM

**QUEST DIAGNOSTICS CLINICAL**
**LABORATORIES, INC.; NEELY ROBINSON;**
**STEVEN KRACHT; THE BRIDGEWAY, LLC;**
**UNIVERSAL HEALTH SERVICES, INC.; and**
**UHS OF DELAWARE, INC.**                              **DEFENDANTS**

> TO:   James W. McCormack
>       402 U.S. Post Offices and Courthouse
>       600 W. Capitol Avenue
>       Little Rock, AR 72201
>
>       Geral Harrison
>       Grant County Circuit Court Clerk
>       101 W. Center Street, Suite 106
>       Sheridan, AR  72150-2464

This case assigned to District Judge Marshall
and to Magistrate Judge Deere

## DEFENDANTS' NOTICE OF REMOVAL

Please take notice that the captioned case, filed as Case No. 27CV-19-86 in the Circuit

Court of Grant County, Arkansas has been hereby removed by Separate Defendants, Neely

Robinson; The Bridgeway, LLC; Universal Health Services, Inc.; and UHS of Deleware, Inc.

("Defendants") to the United States District Court for the Eastern District of Arkansas, Pine Bluff

Division.   The remaining Defendants Quest Diagnostics Clinic Laboratories, Inc. and Steven

Kracht consent to removal.   Defendants file this Notice of Removal and state as grounds for

removal, the following:

1.      On August 2, 2019, Plaintiff Jacqueline Skorcz commenced the above-styled

action by filing a Complaint in the Circuit Court of Grant County, Arkansas, Case No. 27CV-19-

86. In the original Complaint, Plaintiff made various claims against Defendants based upon alleged

violations of the Arkansas Drug Free Workplace protections of ASA 11-14-11-01 et seq. and defamation.

2.      This Notice of Removal is being filed within thirty (30) days after Defendants' receipt of the Complaint, and is therefore timely under 28 U.S.C. § 1446(b)(1). Copies of the various Summons and Complaints, which constitute all process, pleadings and orders that have been filed or received in such action to the date of this Notice of Removal, are attached to this Notice.

3.      This action is one for which a federal district court has original jurisdiction under 28 U.S.C. § 1332(a), because the properly joined Defendants are diverse.  While the Complaint, on its face, purports to assert a claim against Defendant Neely Robinson, a resident of Arkansas, Plaintiff fails to state anything beyond legal conclusions related to Robinson.  Instead, she is fraudulently joined for the purpose of evading federal court jurisdiction, where the case properly lies.  Defendants intend to address their arguments regarding the fraudulent joinder of Defendant Robinson in a Motion to Dismiss filed within the time allowed under Fed. R. Civ. P. 81(c)(2).

4.      The remaining Defendants, Quest Diagnostics Clinical Laboratories, Inc. and Steven Kracht, each consent to removal.  *See* Consent to Removal of Quest Diagnostics, attached hereto as **Exhibit A**; Consent to Removal of Steven Kracht, attached hereto as **Exhibit B**.

5.      Therefore, this action is removable under 28 U.S.C. §§ 1441(a) and (b).  *See* 28 U.S.C. § 1441 (b)(2) (emphasis added) ("A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest *properly joined* and served as defendants is a citizen of the State in which such action is brought.").    Removal is pursuant to the procedures set forth in 28 U.S.C. § 1446.

FEC\14439\0033\7197650.v1-9/6/19

6.      In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is also

being filed with the Clerk of the Circuit Court for Grant County, Arkansas. A copy of this Notice

of Removal is also being sent to Plaintiff's counsel via electronic mail and U.S. Mail.

WHEREFORE, Separate Defendants give notice that this case has been removed from the

Circuit Court of Grant County, Arkansas to the Federal District Court for the Eastern District of

Arkansas, Pine Bluff Division.

<div style="margin-left: 40%;">

Respectfully submitted,

Daniel L. Herrington (95166)
Allison C. Pearson (2017122)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
501.370.1571
herrington@fridayfirm.com
apearson@fridayfirm.com

*Attorneys for Separate Defendants*
*Neely Robinson; The Bridgeway, LLC;*
*Universal Health Services, Inc., and*
*UHS of Delaware, Inc.*

By: _____
Daniel L. Herrington

</div>

## <u>CERTIFICATE OF SERVICE</u>

      I, Daniel L. Herrington, do hereby certify that a true and correct copy of the foregoing of Notice of Removal to the United States District Court for the Eastern District of Arkansas, Pine Bluff Division has been served upon following counsel of record via U.S. Mail postage prepaid on this 6th day of September, 2019 to:

Luther Sutter
Sutter & Gillham, P.L.L.C.
Post Office Box 2012
Benton, AR  72018-2012

James F. Swindoll
Law Offices of James F. Swindoll
212 Center Street, Suite 300
Little Rock, AR  72201

                                            Daniel L. Herrington

FEC\14439\0033\7197650.v1-9/6/19

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

JACQUELINE SKORCZ              :
                              :
VS.                           :        Civil Action No. _____
                              :
QUEST DIAGNOSTICS CLINICAL    :
LABORATORIES, INC.; NEELY     :        *[Removed from the Circuit Court*
ROBINSON; STEVEN KRACHT;      :        *of Grant County, Arkansas;*
UNIVERSAL HEALTH SERVICES, INC.; :     *Case No. 27-CV-19-86]*
and UHS OF DELAWARE, INC.     :

## CONSENT TO NOTICE OF REMOVAL

**NOW COMES**, defendant LabOne, LLC d/b/a Quest Diagnostics ("Quest Diagnostics")

(incorrectly named and served as "Quest Diagnostics Clinical Laboratories, Inc."), through

undersigned counsel, with full reservation of all rights and defenses, through its duly authorized

representative, agrees with and joins in the Notice of Removal filed herein by defendants Neely

Robinson, Universal Health Services, Inc., and UHS of Delaware, Inc., and further consents to

removal of the above-captioned action as if Quest Diagnostics had executed the aforementioned

notice as a joint petitioner.

Dated: September  6 , 2019

> Jane A. Kim
> Wright Lindsey & Jennings LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, AR 72201
> Telephone: 501-371-0808
> Fax: 501-376-9442
> Email: JKim@wlj.com
>
> -and-
>
> By: _____
> D. Faye Caldwell
> Caldwell Everson PLLC
> 2777 Allen Parkway, Suite 950
> Houston, TX 77019
> Email: fcaldwell@caldwelleverson.com
> Telephone: (713) 654-3000
> Fax: (713) 654-3002



**EXHIBIT**
A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| JACQUELINE SKORCZ | : | |
| | : | |
| VS. | : | Civil Action No. _____ |
| | : | |
| QUEST DIAGNOSTICS CLINICAL | : | |
| LABORATORIES, INC.; NEELY | : | *[Removed from the Circuit Court* |
| ROBINSON; STEVEN KRACHT; | : | *of Grant County, Arkansas;* |
| UNIVERSAL HEALTH SERVICES, INC.; | : | *Case No. 27-CV-19-86]* |
| and UHS OF DELAWARE, INC. | : | |

### CONSENT TO NOTICE OF REMOVAL

**NOW COMES**, defendant Stephen Kracht, through his undersigned counsel, and with full reservation of all rights and defenses, hereby agrees with and joins in the Notice of Removal filed herein by defendants Neely Robinson, Universal Health Services, Inc., and UHS of Delaware, Inc. and further consents to removal of the above-captioned action as if defendant Stephen Kracht had executed the aforementioned notice as a joint petitioner.

Dated:  September ⁄₆ , 2019

Stephen Kracht
By his attorneys:

David P. Glover  (Bar No. 99148)
WRIGHT LINDSEY & JENNINGS LLP
200 W. Capitol Ave., Suite 2300
Little Rock, AR 72201
Telephone:  501-371-0808
Email:  dglover@wlj.com

EXHIBIT
B

ELECTRONICALLY FILED
Grant County Circuit Court
Geral Harrison, Circuit/County Clerk
2019-Aug-02 10:20:20
27CV-19-86
C07D01 : 5 Pages

IN THE CIRCUIT COURT OF GRANT COUNTY, ARKANSAS
_____ DIVISION

JACQUELINE SKORCZ                                                    PLAINTIFF

vs.                                        NO.

QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.; NEELY ROBINSON;
STEVEN KRACHT; THE BRIDGEWAY, LLC;
UNIVERSAL HEALTH SERVICES, INC.; and
UHS OF DELAWARE, INC.                                               DEFENDANTS

## **COMPLAINT**

Comes now the plaintiff, Jacqueline Skorcz, by and through her attorneys, Luther Sutter of Sutter and Gilliam and James F. Swindoll of the Law Office of James F. Swindoll, and for her cause of action against the defendants, Quest Diagnostics Clinical Laboratories, Inc., Neely Robinson, Steve Kracht, The Bridgeway LLC, Universal Health Services Inc. and UHS of Delaware, alleges and states:

1.      That at all times relevant hereto the plaintiff was a resident and citizen of Grant County, Arkansas.

2.      That the defendant Quest Diagnostics Clinical Laboratories, Inc., (hereinafter known as "Quest Diagnostics") is a foreign corporation doing business in Arkansas and in the business of providing drug testing to the employers of persons working in Arkansas.   Quest Diagnostics' registered agent is Corporation Service Company, 300 Spring Building, Suite 900, Little Rock, Arkansas 72201.

3.      The defendants Neely Robinson and Steven Kracht each is an individual who supervised, was responsible for and released to the employer of plaintiff and the

1

State the false drug test in question on October 4, 2016.  Ms. Robinson is a resident and citizen of the State of Arkansas.

4.     The Bridgeway, LLC, (hereinafter known as "The Bridgeway"), is a domestic corporation doing business in Arkansas and all time relevant hereto was a voluntary participant in drug free workplace program promulgated under ASA 11-14-107 et seq.  The Bridgeway's registered agent is Corporation Service Company, 300 Spring Building, Suite 900, Little Rock, Arkansas  72201, who terminated the plaintiff in violation of Arkansas law and the well-established public policy of the State of Arkansas.

5.     The United Health Services, Inc., and UHS of Delaware, Inc., are foreign corporations and the parent corporation of the defendant The Bridgeway.  The registered agent for United Health Services, Inc. and UHS of Delaware, Inc., is Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware  19808.  At all times relevant hereto, each defendant was responsible for the illegal policies which lead The Bridgeway to terminate plaintiff illegally despite the Arkansas Drug Free Workplace protections of ASA 11-14-11-01 et seq., as alleged herein after and to falsely report her to the State Board of Nursing.

6.     On September 27, 2016, plaintiff was a long time employee of defendant The Bridgeway in Little Rock, Arkansas and was asked to take a drug test by her employer and complied and provided a urine sample in the time and manner requested by her employer.

7.     That unbeknown to plaintiff, defendant Quest Diagnostics negligently mishandled the urine for the drug test and negligently and erroneously reported to plaintiff's employer the test as positive for illegal drugs when it knew or should have

known that the test reports were erroneous.  The report (ID25350319) was negligently maintained, negligently prepared, negligently labeled and negligently released.  It further libeled plaintiff to her employer, The Bridgeway, and interfered with her contracted employment by wrongfully reporting drug use causing harm to plaintiff as herein after alleged.

8.      That the negligently performed test was also negligently reported to plaintiff's employer who immediately and improperly fired her without compliance with Arkansas law requiring a confirmation test to confirm the testing before termination, ASA 11-14-1107(b).  Had defendants The Bridgeway and Ms. Robinson complied with Arkansas law requiring a confirming test, the testing would not have been confirmed because the test was based upon urine that was not her urine.  The false and negligent testing conducted by defendant Quest Diagnostics and the actions of defendant The Bridgeway of termination without confirmation caused plaintiff to lose her job and be reported to the nursing board as a user of illegal drugs.

Such negligence includes but is not limited to:

a.      failing to insure that the labeling of the test actually matched the person being tested;

b.      failing to verify before release to the employer that the report of illegal drugs was correct and concerned plaintiff;

c.      negligently failing to intervene and correct the mistaken reporting after learning that the testing was false and was falsely reported to the employer;

d.      negligently failing to provide confirming test; and

e.     otherwise failing to exercise ordinary care under the circumstances.

9.     That the defendant Steven Kracht was the responsible party in charge of the verification and testing and was negligent in his supervision and release of this false test when he knew or should have known that the testing was erroneous and was causing losses to plaintiff and negligently failed to recall or otherwise act to help plaintiff when he learned of the erroneous test.

10.     That the defendants The Bridgeway and Ms. Robinson was guilty of negligence in failing to follow the provisions of state law (ASA §11-14-107) that provided for a confirming test to be taken.  Had such a test been taken it would have not been positive for prohibited drugs.  Plaintiff was wrongly terminated and wrongly reported to the State Board of Nursing by the defendant The Bridgeway causing the loss of income and her reputation in the community and sever mental anguish as alleged herein. Eventually, in November of 2018, the State Board of Nursing cleared the plaintiff of any wrongdoing, but the delay has destroyed plaintiff's career.

11.     That as a direct and proximate result of the negligence and carelessness, violations of state law, interference with contractual relations and libel of the defendants, as aforesaid, plaintiff has suffered loss of her employment and income, loss of reputation, pain and suffering and mental anguish, loss of ability to earn and has been damaged in a sum in excess of the minimum federal jurisdictional limits which at this time are Seventy Five Thousand Dollars, $75,000.00, exclusive of interest and cost.

12.     That the defendants in failing to recall or correct the erroneous report maliciously and intentionally failed to act or otherwise correct the false results when they know that such test was causing the loss of employment and loss of reputation.  Such

conscious disregard of the harm they were aware of, that punitive damages should be assessed for such intentional conduct in an amount to be determined by the jury.

13.    Plaintiff prays for a jury trial.

WHEREFORE, plaintiff prays that she have judgment of and against the defendants in a sum in excess of $75,000.00, for her costs herein expended and for all other just and proper relief.

Respectfully submitted,

Luther Sutter, Bar No. 95031
**Sutter & Gillham, P.L.L.C.**
Attorneys at Law
Post Office Box 2012
Benton, Arkansas  72018-2012
(501) 315-1910
(501) 315-1916 fax

and

**JAMES F. SWINDOLL**
**Law Offices of James F. Swindoll**
Attorneys at Law
212 Center Street, Suite 300
Little Rock, Arkansas  72201
(501) 374-1290
(501) 374-3857 fax


_____/s/ James F. Swindoll_____
JAMES F. SWINDOLL, Bar No.  77131

## Form of Summons

The Supreme Court of Arkansas has adopted the following form of summons for use in all cases in which personal service is pursuant to Rule 4(c), (f), and (h) of the Arkansas Rules of Civil Procedure. The form incorporates a proof of service to be made by a sheriff, deputy sheriff, or other person, as appropriate, in accordance with Rule 4(g).

The form may be modified as needed in special circumstances, and additional notices, if required, should be inserted as appropriate. Examples include the notices required by statute in unlawful-detainer and replevin actions, *see* Ark. Code Ann. §§ 18-60-307(a) and 18-60-808(a), and the notice of the consent jurisdiction of a state district court that must be included pursuant to Ark. Sup. Ct. Admin. Order No. 18(6)(d)(1).

This form is not for use in cases of constructive service pursuant to Rule 4(g)(3). The adoption of this form is in compliance with Rule 4(b) and does not modify or amend any part of that rule.

Effective July 1, 2012
Corrected August 14, 2012
Revised Effective January 1, 2019

THE CIRCUIT COURT OF <u>Grant</u> COUNTY, ARKANSAS

_____ DIVISION [Civil, Probate, etc.]

<u>Jacqueline Skorcz</u>

Plaintiff

v.                                        No. _____

<u>Quest Diagnostics, et al</u>

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>Neely Robinson</u>            [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

<u>James F. Swindoll, 212 Center Street, Suite 300, Little Rock, Arkansas  72201</u>

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

CLERK OF COURT

Address of Clerk's Office

_____          _____
                                  [Signature of Clerk or Deputy Clerk]

_____     Date:_____

[SEAL]

No. _____ **This summons is for** Neely Robinson _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
       [signature of server]

_____
       [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

           _____

      Phone: _____

Subscribed and sworn to before me this date: _____

      Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**   JACQUELINE SKORCZ V QUEST DIAGNOSTICS, ET
                  AL

**Case Number:**  27CV-19-86

**Type:**         SUMMONS - FILER PREPARED

So Ordered

KELLY A MCANALLY

Electronically signed by KAMCANALLY on 2019-08-05 08:54:48     page 8 of 8

## Form of Summons

The Supreme Court of Arkansas has adopted the following form of summons for use in all cases in which personal service is pursuant to Rule 4(c), (f), and (h) of the Arkansas Rules of Civil Procedure. The form incorporates a proof of service to be made by a sheriff, deputy sheriff, or other person, as appropriate, in accordance with Rule 4(g).

The form may be modified as needed in special circumstances, and additional notices, if required, should be inserted as appropriate. Examples include the notices required by statute in unlawful-detainer and replevin actions, *see* Ark. Code Ann. §§ 18-60-307(a) and 18-60-808(a), and the notice of the consent jurisdiction of a state district court that must be included pursuant to Ark. Sup. Ct. Admin. Order No. 18(6)(d)(1).

This form is not for use in cases of constructive service pursuant to Rule 4(g)(3). The adoption of this form is in compliance with Rule 4(b) and does not modify or amend any part of that rule.

Effective July 1, 2012
Corrected August 14, 2012
Revised Effective January 1, 2019

THE CIRCUIT COURT OF <u>Grant</u> COUNTY, ARKANSAS

_____ DIVISION [Civil, Probate, etc.]

<u>Jacqueline Skorcz</u>

Plaintiff

v.                                              No. _____

<u>Quest Diagnostics, et al</u>

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>Steven Kracht</u>                    [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

<u>James F. Swindoll, 212 Center Street, Suite 300, Little Rock, Arkansas  72201</u>

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

CLERK OF COURT

Address of Clerk's Office

_____              _____
                                     [Signature of Clerk or Deputy Clerk]

_____        Date:_____

[SEAL]

No. _____ **This summons is for** Steven Kracht _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first–class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
        [signature of server]

_____
        [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

 Address: _____

                _____

        Phone: _____

Subscribed and sworn to before me this date: _____

        Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



**Arkansas Judiciary**

**Case Title:**   JACQUELINE SKORCZ V QUEST DIAGNOSTICS, ET AL

**Case Number:**   27CV-19-86

**Type:**   SUMMONS - FILER PREPARED

So Ordered

*KELLY A MCANALLY*

**KELLY A MCANALLY**

Electronically signed by KAMCANALLY on 2019-08-05 08:54:58     page 8 of 8

## Form of Summons

The Supreme Court of Arkansas has adopted the following form of summons for use in all cases in which personal service is pursuant to Rule 4(c), (f), and (h) of the Arkansas Rules of Civil Procedure. The form incorporates a proof of service to be made by a sheriff, deputy sheriff, or other person, as appropriate, in accordance with Rule 4(g).

The form may be modified as needed in special circumstances, and additional notices, if required, should be inserted as appropriate. Examples include the notices required by statute in unlawful-detainer and replevin actions, *see* Ark. Code Ann. §§ 18-60-307(a) and 18-60-808(a), and the notice of the consent jurisdiction of a state district court that must be included pursuant to Ark. Sup. Ct. Admin. Order No. 18(6)(d)(1).

This form is not for use in cases of constructive service pursuant to Rule 4(g)(3). The adoption of this form is in compliance with Rule 4(b) and does not modify or amend any part of that rule.

Effective July 1, 2012
Corrected August 14, 2012
Revised Effective January 1, 2019

THE CIRCUIT COURT OF <u>Grant</u> COUNTY, ARKANSAS

_____ DIVISION [Civil, Probate, etc.]

<u>Jacqueline Skorcz</u>

Plaintiff

v.                                        No. _____

<u>Quest Diagnostics, et al</u>

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>UHS of Delaware, Inc.</u>        [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

James F. Swindoll, 212 Center Street, Suite 300, Little Rock, Arkansas  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

<div style="text-align: center;">CLERK OF COURT</div>

Address of Clerk's Office

_____          _____

                                     [Signature of Clerk or Deputy Clerk]

_____          Date:____╱_____

[SEAL]

No. _____ This summons is for UHS of Delaware, Inc. _____ *(name of Defendant).*

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
       [signature of server]

_____
       [printed name, title, and badge number]

       **To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

       _____

       Phone: _____

Subscribed and sworn to before me this date: _____

       Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



**Arkansas Judiciary**

**Case Title:**      JACQUELINE SKORCZ V QUEST DIAGNOSTICS, ET
AL

**Case Number:**   27CV-19-86

**Type:**              SUMMONS - FILER PREPARED

So Ordered



KELLY A MCANALLY

Electronically signed by KAMCANALLY on 2019-08-05 08:55:08    page 8 of 8

# Form of Summons

The Supreme Court of Arkansas has adopted the following form of summons for use in all cases in which personal service is pursuant to Rule 4(c), (f), and (h) of the Arkansas Rules of Civil Procedure. The form incorporates a proof of service to be made by a sheriff, deputy sheriff, or other person, as appropriate, in accordance with Rule 4(g).

The form may be modified as needed in special circumstances, and additional notices, if required, should be inserted as appropriate. Examples include the notices required by statute in unlawful-detainer and replevin actions, *see* Ark. Code Ann. §§ 18-60-307(a) and 18-60-808(a), and the notice of the consent jurisdiction of a state district court that must be included pursuant to Ark. Sup. Ct. Admin. Order No. 18(6)(d)(1).

This form is not for use in cases of constructive service pursuant to Rule 4(g)(3). The adoption of this form is in compliance with Rule 4(b) and does not modify or amend any part of that rule.

Effective July 1, 2012
Corrected August 14, 2012
Revised Effective January 1, 2019

THE CIRCUIT COURT OF ___Grant_____ COUNTY, ARKANSAS

_____ DIVISION [Civil, Probate, etc.]

Jacqueline Skorcz
_____
Plaintiff

v.                                   No. _____

Quest Diagnostics, et al
_____
Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Quest Diagnostics
_____     [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

James F. Swindoll, 212 Center Street, Suite 300, Little Rock, Arkansas  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

<div style="text-align:center">CLERK OF COURT</div>

Address of Clerk's Office

_____          _____
                                 [Signature of Clerk or Deputy Clerk]

_____          Date:_____

[SEAL]

No. _____ **This summons is for** Quest Diagnostics _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
      [signature of server]

_____
      [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

        _____

     Phone: _____

Subscribed and sworn to before me this date: _____

    Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**     JACQUELINE SKORCZ V QUEST DIAGNOSTICS, ET
            AL

**Case Number:**   27CV-19-86

**Type:**        SUMMONS - FILER PREPARED

So Ordered

KELLY A MCANALLY

Electronically signed by KAMCANALLY on 2019-08-05 08:55:18    page 8 of 8

## Form of Summons

The Supreme Court of Arkansas has adopted the following form of summons for use in all cases in which personal service is pursuant to Rule 4(c), (f), and (h) of the Arkansas Rules of Civil Procedure. The form incorporates a proof of service to be made by a sheriff, deputy sheriff, or other person, as appropriate, in accordance with Rule 4(g).

The form may be modified as needed in special circumstances, and additional notices, if required, should be inserted as  appropriate. Examples include the notices required by statute in unlawful-detainer and replevin actions, *see* Ark. Code Ann. §§ 18-60-307(a) and 18-60-808(a), and the notice of the consent jurisdiction of a state district court that must be included pursuant to Ark. Sup. Ct. Admin. Order No. 18(6)(d)(1).

This form is not for use in cases of constructive service pursuant to Rule 4(g)(3). The adoption of this form is in compliance with Rule 4(b) and does not modify or amend any part of that rule.

Effective July 1, 2012
Corrected August 14, 2012
Revised Effective January 1, 2019

THE CIRCUIT COURT OF Grant_____ COUNTY, ARKANSAS

_____ DIVISION [Civil, Probate, etc.]

Jacqueline Skorcz
_____
Plaintiff

v.                                    No. _____

Quest Diagnostics, et al
_____
Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Universal Health Services, Inc.____   [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

James F. Swindoll, 212 Center Street, Suite 300, Little Rock, Arkansas  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

                                        CLERK OF COURT

Address of Clerk's Office

_____              _____
                                       [Signature of Clerk or Deputy Clerk]

_____       Date:_____


[SEAL]

No. _____ **This summons is for** Universal Health Servic *(name of Defendant).*

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
    [signature of server]

_____
    [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

           _____

    Phone: _____

Subscribed and sworn to before me this date: _____

    Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



**Arkansas Judiciary**

**Case Title:**     JACQUELINE SKORCZ V QUEST DIAGNOSTICS, ET
AL

**Case Number:**     27CV-19-86

**Type:**     SUMMONS - FILER PREPARED

So Ordered

**KELLY A MCANALLY**

Electronically signed by KAMCANALLY on 2019-08-05 08:55:28     page 8 of 8

## Form of Summons

The Supreme Court of Arkansas has adopted the following form of summons for use in all cases in which personal service is pursuant to Rule 4(c), (f), and (h) of the Arkansas Rules of Civil Procedure. The form incorporates a proof of service to be made by a sheriff, deputy sheriff, or other person, as appropriate, in accordance with Rule 4(g).

The form may be modified as needed in special circumstances, and additional notices, if required, should be inserted as  appropriate. Examples include the notices required by statute in unlawful-detainer and replevin actions, *see* Ark. Code Ann. §§ 18-60-307(a) and 18-60-808(a), and the notice of the consent jurisdiction of a state district court that must be included pursuant to Ark. Sup. Ct. Admin. Order No. 18(6)(d)(1).

This form is not for use in cases of constructive service pursuant to Rule 4(g)(3). The adoption of this form is in compliance with Rule 4(b) and does not modify or amend any part of that rule.

Effective July 1, 2012
Corrected August 14, 2012
Revised Effective January 1, 2019

THE CIRCUIT COURT OF <u>Grant</u> COUNTY, ARKANSAS

_____ DIVISION [Civil, Probate, etc.]

<u>Jacqueline Skorcz</u>

Plaintiff

v.                                    No. _____

<u>Quest Diagnostics, et al</u>

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>The Bridgeway, LLC</u>          [Defendant's name and address.]

_____

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose

name and address are:

<u>James F. Swindoll, 212 Center Street, Suite 300, Little Rock, Arkansas  72201</u>

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** _____

_____

_____

CLERK OF COURT

Address of Clerk's Office

_____

_____          _____
                               [Signature of Clerk or Deputy Clerk]

                        Date:_____

[SEAL]

No. _____ **This summons is for** The Bridgeway, LLC _____ (*name of Defendant*).

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to

the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on

_____ [date] I left the summons and complaint in the close proximity of

the defendant by _____ [describe how the

summons and complaint was left] after he/she refused to receive it when I offered it to

him/her; or

☐ On _____ [date] I left the summons and complaint with

_____, a member of the defendant's family at least 18 years of age, at

_____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____

[name of individual], an agent authorized by appointment or by law to receive service of

summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address],

where the defendant maintains an office or other fixed location for the conduct of

business, during normal working hours I left the summons and complaint with

_____[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
       [signature of server]

_____
       [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[signature of server]

_____
[printed name]

Address: _____

         _____

Phone: _____

Subscribed and sworn to before me this date: _____

      Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



**Arkansas Judiciary**

**Case Title:**     JACQUELINE SKORCZ V QUEST DIAGNOSTICS, ET AL

**Case Number:**    27CV-19-86

**Type:**           SUMMONS - FILER PREPARED

So Ordered



KELLY A MCANALLY

Electronically signed by KAMCANALLY on 2019-08-05 08:57:08     page 8 of 8