# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JACQUELINE SKORCZ                                                        PLAINTIFF

v.                                      No. 5:19-cv-285-DPM

QUEST DIAGNOSTICS
CLINICAL LABORATORIES, INC.
And OCCUPATIONAL HEALTH
CENTERS OF ARKANSAS P.A.                                          DEFENDANTS

## ORDER

Notice, *Doc. 30*, appreciated and approved.  The Court directs the Clerk to update the plaintiff's address.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 August 2020