IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACQUELINE SKORCZ                                                    PLAINTIFF

v.                              No. 5:19-cv-285-DPM

QUEST DIAGNOSTICS
CLINICAL LABORATORIES,
INC. and OCCUPATIONAL
HEALTH CENTERS OF
ARKANSAS P.A.                                                       DEFENDANTS

## ORDER

To better manage the Court's schedule, the trial date is continued to 9 August 2021. All deadlines remain the same.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2020