IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACQUELINE SKORCZ                                              PLAINTIFF

v.                                    No. 5:19-cv-285-DPM

QUEST DIAGNOSTICS
CLINICAL LAORATORIES, INC.;
NEELY ROBINSON;  STEVEN KRACHT;
BRIDGEWAY, LLC;  UNIVERSAL HEALTH
SERVICES INC.;  UHS of DELAWARE, INC.;
and OCCUPATIONAL HEALTH
CENTERS OF ARKANSAS P.A.                              DEFENDANTS

JUDGMENT

Skorcz's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_28_ October 2020